1  **JESSE S. KAPLAN    CSB#103726**
   **5441 Fair Oaks Bl. Ste. C-1**
2  **Carmichael, CA    95608**
   **916/488-3030**
3  **916/489-9297 fax**

4  **Attorney for Plaintiff**
   **CECIL D. RISER**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA
### -o0O0o-

| | |
|---|---|
| **CECIL D. RISER,** | 2:05CV01519GGH |
| Plaintiff, | |
| | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGEMENT** |
| v. | |
| **JO ANNE BARNHART,** Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that Plaintiff's time to file motion for summary judgement in the above-referenced case is hereby extended from the present due date of February 27, 2006, by nine (9) days, to the new date of March 8, 2006. The extension is needed because the Plaintiff's attorney has three other motions for summary judgement due on the same date in this district, has one more motion for summary judgement due in the Northern District, and has a three day trial to attend and prepare for.

1

This is the first extension requested re Plaintiff's filing of motion for summary judgement.

Dated: 2/16/06                    */s/ Jesse S. Kaplan*

                                      JESSE S. KAPLAN
                                      Attorney at Law

                                      Attorney for Plaintiff

Dated: 2/15/06                    */s/ Bobbie J. Montoya*

                                      BOBBIE J. MONTOYA
                                      Assistant U.S. Attorney

                                      Attorney for Defendant

## ORDER

For good cause shown, the requested extension of Plaintiff's time to file motion for summary judgement in RISER v. BARNHART, 2:05CV01519GGH, is hereby APPROVED. Plaintiff shall file her on or before March 8, 2006.

SO ORDERED.

Dated: 2/22/06                    /s/ Gregory G. Hollows

                                      _____
                                      GREGORY G. HOLLOWS
riser.ord                            UNITED STATES MAGISTRATE JUDGE