IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CECIL RISER,

          Plaintiff,                      CIV. NO. S-03-0860 KJM

     vs.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

_____/

CECIL RISER,

          Plaintiff,                      CIV S-05-1519 GGH

     vs.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

_____/         RELATED ORDER

          Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 83-123(a).  The actions involve the same property, transaction or event and similar questions of fact and the same question of law.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.  The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the actions are assigned to the same district judge and

1

1    magistrate judge; no consolidation of the actions is effected.

2            Therefore, IT IS ORDERED that the action denominated as CIV S-05-1519 GGH

3    is reassigned to Magistrate Judge Kimberly J. Mueller for all further proceedings.  Henceforth,

4    the caption on documents filed in the reassigned case shall be shown as CIV S-05-1519 KJM.

5            IT IS FURTHER ORDERED that the Clerk of the Court make appropriate

6    adjustment in the assignment of civil cases to compensate for this reassignment.

7    DATED:  April 21, 2006.

8

9                                              _____
                                               UNITED STATES MAGISTRATE JUDGE
10

11

12
     006
13   riser.rel

14

15

16

17

18

19

20

21

22

23

24

25

26

                                                      2