1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   JEAN M. TURK, CSB NO. 131517
4  Special Assistant United States Attorney
   333 Market Street, Suite 1500
5  San Francisco, California 94105
   Telephone: (415) 977-8943
6  Facsimile: (415) 744-0134
   E-mail:Jean.Turk@ssa.gov
7
   Attorneys for Defendant
8
9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11  CECIL RISER,

12                                          NO. 2:05-cv-1519 KJM
                      Plaintiff
13       v.                                 STIPULATION FOR THE AWARD
                                            AND PAYMENT OF ATTORNEY FEES
14  MICHAEL J. ASTRUE,                      UNDER THE EQUAL ACCESS TO
    Commissioner of Social Security,[1]     JUSTICE ACT (28 U.S.C. § 2412(d))
15                                          AND ORDER
                      Defendant,
16

17          TO THE HONORABLE KIMBERLY J. MUELLER, MAGISTRATE JUDGE OF THE

18  DISTRICT COURT:

19          IT IS HEREBY STIPULATED by and between the parties through their undersigned

20  counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the

21  Equal Access to Justice Act (EAJA) in the amount of Three Thousand Six Hundred Forty-Five

22  dollars and no cents ($ 3,645.00).  This amount represents compensation for all legal services

23  rendered on behalf of Plaintiff by her/her attorney in connection with this civil action for services

24  performed before the district court through remand, in accordance with 28 U.S.C. § 2412(d).

25

26  _____

27          [1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security
    and should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the Defendant in
28  this action.  42 U.S.C. § 405(g).

1    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

2  attorney fees, and does not constitute an admission of liability on the part of Defendant under the

3  EAJA.  Payment of Three Thousand, Six Hundred Forty-Five dollars and no cents ($ 3,645.00)

4  shall constitute a complete release from and bar to any and all claims Plaintiff may have relating

5  to EAJA fees and costs in connection with this action.  This award is without prejudice to the

6  rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406,

7  subject to the provisions of the EAJA.

8                                                 Respectfully submitted,

9
   Dated:    May 15, 2007                        /s/    Jesse S. Kaplan
10                                                (As authorized via facsimile on May15, 2007)
                                                  Jesse S. Kaplan
11                                                Attorney for Plaintiff

12
   Dated:     May 14,  2007                       MCGREGOR W. SCOTT
13                                                United States Attorney
                                                  LUCILLE GONZALES MEIS
14                                                Regional Chief Counsel, Region IX
15                                                Social Security Administration

16                                                /s/ Jean M.Turk
17                                                JEAN M. TURK
                                                  Special Assistant U.S. Attorney
18                                                Attorneys for Defendant

19

20

21  IT IS SO ORDERED:

22

23  Dated:  May 22, 2007.

24

25

26  U.S. MAGISTRATE JUDGE

27

28